**EISUKE TAKANA, alias Eizo Kono, Appellant, v. Edward L. HAFF, Acting Com'r of Immigration, Port of San Francisco, Cal., Appellee.**

**LOW SING TUNG, Appellant, v. Edward L. HAFF, Acting Com'r of Immigration, Port of San Francisco, Cal., Appellee.**

**Nos. 6820, 6905.**

Circuit Court of Appeals, Ninth Circuit.

Feb. 20, 1933.

Stephen M. White, of San Francisco, Cal., for appellants.

I. M. Peckham, U. S. Atty., and Robert B. McMillan, Asst. U. S. Atty., both of San Francisco, Cal., for appellee.

Before WILBUR and SAWTELLE, Circuit Judges.

**PER CURIAM.**

Upon consideration of stipulation of counsel in each of above causes for dismissal of appeal, and good cause therefor appearing, it is ordered that the appeal in each of above causes be, and hereby is dismissed.

**ELECTRIC VACUUM CLEANER COMPANY, Inc., Plaintiff-Appellant, v. LANDERS, FRARY & CLARK, Defendant-Appellee.**

**No. 253.**

Circuit Court of Appeals, Second Circuit.

Feb. 6, 1933.

Pullman & Comley, of Bridgeport, Conn. (Arthur J. Hudson, of Cleveland, Ohio, of counsel), for appellant.

Bartlett, Eyre, Scott & Keel, of New York City (John P. Bartlett, of New York City, of counsel), for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

**PER CURIAM.**

Decree affirmed.

**John T. ELLIS, Appellant, v. UNITED STATES of America, Appellee.**

**No. 6700.**

Circuit Court of Appeals, Fifth Circuit.

March 20, 1933.

R. A. Hendricks and Bart A. Riley, both of Miami, Fla., for appellant.

W. P. Hughes, U. S. Atty., of Jacksonville, Fla.

Before BRYAN, FOSTER, and SIBLEY, Circuit Judges.

**PER CURIAM.**

The judgment is affirmed.

**ELLIS FOSTER COMPANY, Appellee, v. ALDUR CORPORATION, Appellant.**

**No. 184.**

Circuit Court of Appeals, Second Circuit.

Feb. 6, 1933.

O'Neal, Sealy & Sawyer, of New York City (Arthur T. Sawyer, of New York City, of counsel), for appellant.

Gifford, Scull & Burgess, of New York City (George F. Scull, of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

**PER CURIAM.**

Decree (2 F. Supp. 656) affirmed.